IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON MARANT | : | CIVIL ACTION |
| v. | : | |
| ANDREW SAUL, Commissioner of Social Security | : | NO. 18-4832 |

## **O R D E R**

AND NOW, this 6th day of December, 2019, upon consideration of Plaintiff's request for review (Doc. 12), the response (Doc. 15), the Plaintiff's reply (Doc. 17), Defendant's motion to stay (Doc. 16), and the response (Doc. 18), IT IS HEREBY ORDERED that:

1. Defendant's Motion to Stay (Doc. 16) IS GRANTED.

2. The case is STAYED pending a decision by the Third Circuit Court of Appeals in the consolidated appeal of Cirko v. Commissioner of Social Security, C.A. 19-1772 (3d. Cir.) and Bizarre v. Commissioner of Social Security, C.A. 19-1773 (3d Cir.).

3. Counsel for Defendant is directed to advise the court as soon as a decision is issued in Cirko/Bizarre so the matter may be reopened.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.