IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARON MARANT,              :        CIVIL ACTION
                            :
        v.                  :
                            :
ANDREW SAUL, Commissioner of :       NO.  18-4832
Social Security

**O R D E R**

AND NOW, this 19th day of June 2020, upon consideration of Plaintiff's motion for attorney's fees (Doc. 24), Commissioner's response (Doc. 25), Plaintiff's reply (Doc. 26), and Commissioner's surreply (Doc. 32) and for the reasons explained in the accompanying Memorandum, IT IS HEREBY ORDERED that Plaintiff's motion for attorney's fees is DENIED.

BY THE COURT:

/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.